# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

PNC Bank, National Association, successor to
National City Bank

                                Plaintiff,

v.                                         Case No.: 1:16−cv−05400

                                             Honorable Matthew F.
                                             Kennelly

Glenn Udell, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 1/24/2017. Motion to stay [50] is terminated as moot. Motion for extension of time [64] is granted. Response to the amended complaint due by 1/31/2017. Response to anticipated motion to dismiss and pending motion for summary judgment [43] due by 3/7/2017; replies by 3/28/2017. Status hearing set for 3/14/2017 at 9:00 a.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.