**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PNC Bank, National Association, successor to National City Bank, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| Glenn Udell; Pamela Udell; Sorrento Enterprises, LLC; Sorrento Enterprises, LLC – Series A; Sorrento Enterprises, LLC – Series B; Sorrento Enterprises, LLC – Series C; Sorrento Enterprises, LLC – Series D; Sorrento Enterprises, LLC – Series E; Sorrento Enterprises, LLC – Series F; Sorrento Enterprises, LLC – Series G; Sorrento Enterprises, LLC – Series H; Sorrento Enterprises, LLC – Series I; Sorrento Enterprises, LLC – Series J; Sorrento Enterprises, LLC – Series K; Sorrento Enterprises, LLC – Series L; Sorrento Enterprises, LLC – Series M; Sorrento Enterprises, LLC – Series N; Sorrento Enterprises, LLC – Series O; Sorrento Enterprises, LLC – Series P; Sorrento Enterprises, LLC – Series Q; Sorrento Enterprises, LLC – Series R; Sorrento Management, Inc. and Chicago Title Land Trust as trustee under trust agreement dated May 19, 2008 and known as trust number 8002350906, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 16 CV 5400 |
| Defendants. | ) | |

## <u>NOTICE OF FILING</u>

TO:   James M. Crowley               Louis D. Bernstein
        Matthew Hendricksen        James Trail
        jcrowley@crowleylamb.com    jtrail@bernsteinlawchicago.com
        mhendricksen@crowleylamb.com  lbernstein@bernsteinlawchicago.com

PLEASE TAKE NOTICE that on January 31, 2017, we caused to be filed with the Northern District of Illinois, Eastern Division, the attached **Defendants' Motion to Dismiss Counts V, VI and VII of Plaintiff's First Amended Complaint**, a copy of which is attached hereto and herewith served upon you.

Respectfully Submitted,

Pamela Udell;
Sorrento Enterprises, LLC;
Sorrento Enterprises, LLC – Series A-R;
Sorrento Management, Inc.; and Chicago

Title Land Trust as trustee under trust
agreement dated May 19, 2008 and known
as trust number 8002350906,


By: _____*/s/ Andrew A. Jacobson*_____
        One of their attorneys

Andrew A. Jacobson, ARDC #6211224
**Brown, Udell, Pomerantz & Delrahim, Ltd.**
225 W. Illinois Street, Suite 300
Chicago, Illinois 60654
312.475.9900/312.475.1188 (fax)
ajacobson@bupdlaw.com

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned, an attorney, hereby deposes and states that he caused a copy of the aforementioned document to be served on

| | |
|---|---|
| James M. Crowley | Louis D. Bernstein |
| Matthew Hendricksen | James Trail |
| jcrowley@crowleylamb.com | jtrail@bernsteinlawchicago.com |
| mhendricksen@crowleylamb.com | lbernstein@bernsteinlawchicago.com |

via the Northern District of Illinois E-Filing system on January 31, 2017.

                                           */s/ Andrew A. Jacobson*