## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC Bank, National Association, successor to National City Bank, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| Glenn Udell; Pamela Udell; Sorrento Enterprises, LLC; Sorrento Enterprises, LLC – Series A; Sorrento Enterprises, LLC – Series B; Sorrento Enterprises, LLC – Series C; Sorrento Enterprises, LLC – Series D; Sorrento Enterprises, LLC – Series E; Sorrento Enterprises, LLC – Series F; Sorrento Enterprises, LLC – Series G; Sorrento Enterprises, LLC – Series H; Sorrento Enterprises, LLC – Series I; Sorrento Enterprises, LLC – Series J; Sorrento Enterprises, LLC – Series K; Sorrento Enterprises, LLC – Series L; Sorrento Enterprises, LLC – Series M; Sorrento Enterprises, LLC – Series N; Sorrento Enterprises, LLC – Series O; Sorrento Enterprises, LLC – Series P; Sorrento Enterprises, LLC – Series Q; Sorrento Enterprises, LLC – Series R; Sorrento Management, Inc. and Chicago Title Land Trust as trustee under trust agreement dated May 19, 2008 and known as trust number 8002350906, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 16 CV 5400 |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   James M. Crowley              Louis D. Bernstein
        Matthew Hendricksen        James Trail
        jcrowley@crowleylamb.com    jtrail@bernsteinlawchicago.com
        mhendricksen@crowleylamb.com  lbernstein@bernsteinlawchicago.com

PLEASE TAKE NOTICE that on March 30, 2017, we caused to be filed with the Northern District of Illinois, Eastern Division, the attached **Defendants' Reply in Support of Motion to Dismiss Counts V, VI and VII of Plaintiff's First Amended Complaint**, a copy of which is attached hereto and herewith served upon you.

Respectfully Submitted,

Pamela Udell; Sorrento Enterprises, LLC; Sorrento Enterprises, LLC – Series A-R; and Chicago Title Land Trust as trustee under

trust agreement dated May 19, 2008 and known as trust number 8002350906,

By:    */s/ Andrew A. Jacobson*   
      One of their attorneys

Andrew A. Jacobson, ARDC #6211224
**Brown, Udell, Pomerantz & Delrahim, Ltd.**
225 W. Illinois Street, Suite 300
Chicago, Illinois 60654
312.475.9900/312.475.1188 (fax)
ajacobson@bupdlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby deposes and states that he caused a copy of the aforementioned document to be served on

James M. Crowley                           Louis D. Bernstein
Matthew Hendricksen                      James Trail
jcrowley@crowleylamb.com            jtrail@bernsteinlawchicago.com
mhendricksen@crowleylamb.com    lbernstein@bernsteinlawchicago.com

via the Northern District of Illinois E-Filing system on March 30, 2017.

_____ */s/ Andrew A. Jacobson* _____
Andrew A. Jacobson