**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank | |
| Plaintiff, | |
| v. | Case No. 16 cv 5400 |
| Glenn Udell; Pamela Udell; Sorrento Enterprises, LLC; Sorrento Enterprises, LLC – Series A; Sorrento Enterprises, LLC – Series B; Sorrento Enterprises, LLC – Series C; Sorrento Enterprises, LLC – Series D; Sorrento Enterprises, LLC – Series E; Sorrento Enterprises, LLC – Series F; Sorrento Enterprises, LLC – Series G; Sorrento Enterprises, LLC – Series H; Sorrento Enterprises, LLC – Series I; Sorrento Enterprises, LLC – Series J; Sorrento Enterprises, LLC – Series K; Sorrento Enterprises, LLC – Series L; Sorrento Enterprises, LLC – Series M; Sorrento Enterprises, LLC – Series N; Sorrento Enterprises, LLC – Series O; Sorrento Enterprises, LLC – Series P; Sorrento Enterprises, LLC – Series Q; Sorrento Enterprises, LLC – Series R; and Chicago Title Land Trust as trustee under trust agreement dated May 19, 2008 and known as trust number 8002350906 | Hon. Matthew F. Kennelly |
| Defendants. | |

## AGREED ORDER TO DISMISS WITH RIGHT TO REINSTATE

THIS CAUSE coming to be heard on the Stipulation to Dismiss with Right to Reinstate of Plaintiff, PNC Bank, National Association, successor in interest to National City Bank ("Plaintiff" or "PNC") by and through its attorneys, and Defendants Glenn Udell ("G. Udell"), Pamela Udell ("P. Udell"), and Sorrento Enterprises, LLC, and its Series ("Sorrento and its Series") (G. Udell, P. Udell, and Sorrento and its Series are collectively referred to as "Defendants" and together with Plaintiff the "Parties") by and through their attorneys, the Court having jurisdiction of the parties and subject matter and being fully advised in the premises.

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint is dismissed without prejudice and subject to reinstatement in accordance with the terms of that certain Agreement dated March 27, 2018 (the "Agreement") executed by and between the Parties.

IT IS FURTHER ORDERED that in the event of any Settlement Default, or any other default upon the Agreement, which is not timely cured, Plaintiff shall have the right to file a motion reinstating the case without delay of any kind by Defendants; and upon reinstatement of this case, Plaintiff shall have the right to pursue all rights and remedies against the Defendants, either at law or in equity, available to it, other than any such claims as may have been previously dismissed and

the Defendants shall have the right to pursue or assert any  defenses to that action, other than those which may have been previously dismissed.

IT IS FURTHER ORDERED that Plaintiff shall have until March 31, 2019 to file any applicable motion to reinstate the captioned matter and, in the event no such motion is timely filed, the foregoing dismissal of Plaintiff's Amended Complaint shall be deemed a dismissal with prejudice, with each party at that time to bear its own costs and fees.


ENTERED:

_____
Judge

Date:  April 20, 2018